IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH RICE | ) |
| | ) |
| v. | ) NO. 3-11-0161 |
| | ) JUDGE CAMPBELL |
| MIDLAND FUNDING, LLC, et al. | ) |

ORDER

By Order dated June 28, 2011, the Court gave the parties until July 11, 2011, to file their Agreed Order of Dismissal. *See* Docket No. 16. The parties have failed to comply with this Order.

Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE